IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DIVISION
Criminal No. 5:23-CR-302-1M
Civil No. 5:26-CV-273-M

|  |  |  |
|---|---|---|
| JAMES BERNARD BENNETT, JR. | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | | |

The court, having examined petitioner's motion pursuant to Rule 4(b) of the Rules
Governing § 2255 Proceedings, DIRECTS the United States Attorney to file an Answer pursuant
to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to
the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)**
days of the filing of this order.

SO ORDERED this 29th day of April, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE